# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Jayne, Jodi F. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Oklahoma | 3. Date of Report<br><br>05/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. District Court, NDOK<br>333 W. 4th Street, Suite 411<br>Tulsa, OK 74103 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jayne, Jodi F. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed attorney - distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jayne, Jodi F.** | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Bank of Oklahoma | Mortgage on Rental Property #1, Muskogee, OK | L |
| 2. | American Bank of Oklahoma | Mortgage on Rental Property #2, Muskogee, OK | M |
| 3. | American Bank of Oklahoma | Mortgage on Rental Property #3, Muskogee, OK | L |
| 4. | American Bank of Oklahoma | Mortgage on Rental Property #4, Muskogee, OK | M |
| 5. | American Bank of Oklahoma | Mortgage on Rental Property #5, Muskogee, OK | L |
| 6. | American Bank of Oklahoma | Mortgage on Rental Property #6, Muskogee, OK | L |
| 7. | American Bank of Oklahoma | Mortgage on Rental Property #7, Muskogee, OK | L |
| 8. | American Bank of Oklahoma | Mortgage on Rental Property #8, Muskogee, OK | L |
| 9. | American Bank of Oklahoma | Mortgage on Rental Property #9, Muskogee, OK | L |
| 10. | American Bank of Oklahoma | Mortgage on Rental Property #10, Muskogee, OK | L |
| 11. | American Bank of Oklahoma | Mortgage on Rental Property #11, Muskogee, OK | L |
| 12. | American Bank of Oklahoma | Mortgage on Rental Property #12, Muskogee, OK | L |
| 13. | American Bank of Oklahoma | Mortgage on Rental Property #13, Muskogee, OK | L |
| 14. | American Bank of Oklahoma | Mortgage on Rental Property #14, Muskogee, OK | M |
| 15. | Netnet, Inc. (formerly ACS) | Student Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Jayne, Jodi F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Muskogee, OK- appraised 9/15/16 | D | Rent | L | Q | | | | | |
| 2. Rental Property #2, Muskogee, OK- appraised 9/28/16 | D | Rent | M | Q | | | | | |
| 3. Rental Property #3, Muskogee, OK- appraised 12/14/16 | D | Rent | L | Q | | | | | |
| 4. Rental Property #4, Muskogee, OK- appraised 4/16/17 | D | Rent | M | Q | | | | | |
| 5. Rental Property #5, Muskogee, OK- appraised 7/5/17 | D | Rent | L | Q | | | | | |
| 6. Rental Property #6, Muskogee, OK- appraised 3/9/18 | D | Rent | L | Q | | | | | |
| 7. Rental Property #7, Muskogee, OK- appraised 4/20/18 | D | Rent | L | Q | | | | | |
| 8. Rental Property #8, Muskogee, OK- appraised 6/8/18 | D | Rent | L | Q | | | | | |
| 9. Rental Property #9, Muskogee, OK- appraised 8/8/18 | D | Rent | L | Q | | | | | |
| 10. Rental Property #10, Muskogee, OK- appraised 10/2/18 | D | Rent | L | Q | | | | | |
| 11. Rental Property #11, Muskogee, OK- appraised 1/25/19 | E | Rent | L | Q | | | | | |
| 12. Rental Property #12, Muskogee, OK- appraised 5/15/19 | D | Rent | L | Q | | | | | |
| 13. Rental Property #13, Muskogee, OK- appraised 7/10/19 | C | Rent | L | Q | | | | | |
| 14. Rental Property #14, Muskogee, OK- appraised 8/12/19 | C | Rent | M | Q | | | | | |
| 15. Bank of Oklahoma-Cash Accounts | A | Interest | M | T | | | | | |
| 16. Mid First Bank-Cash Accounts | A | Interest | L | T | | | | | |
| 17. Arvest Bank-Cash Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jayne, Jodi F. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | AER Investments, LLC | | None | | | | | | | |
| 19. | Oklahoma 529 College Savings Plan-Balanced Option | | None | M | T | | | | | |
| 20. | ▮▮▮▮▮ 401(k) Plan f/k/a BGJ 401k Retirement Plan (H) | | | | | | | | | |
| 21. | - RGACX-Growth Fund of America-R3 | G | Dividend | N | T | | | | | |
| 22. | - RNPCX-New Perspective Fund-R3 | G | Dividend | N | T | | | | | |
| 23. | IRA Account #1 (H) | | | | | | | | | |
| 24. | - GFACX-Growth Fund of America-C Share | D | Dividend | J | T | | | | | |
| 25. | IRA Account #2 (H) | | | | | | | | | |
| 26. | - GFACX-Growth Fund of America-C Share | D | Dividend | J | T | | | | | |
| 27. | Northwestern Mutual Life Insurance Whole Life Policy #1 | B | Dividend | K | T | | | | | |
| 28. | Northwestern Mutual Life Insurance Whole Life Policy #2 | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note on Item #14, VII. Investments and Trusts: This limited liability company currently has no assets or income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jodi F. Jayne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544